

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00449-CV

| | | |
|---|---|---|
| MUNZER ADEL MOHAMMED, Appellant | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-711439-22) |
| V. | § | October 10, 2024 |
| SHAUN ROCHELLE MOHAMMED, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the divorce, but we reverse the trial court's division of the community estate and remand the case to the trial court for a new trial on the composition of the marital estate and to make a just-and-right property division consistent with this opinion.

It is further ordered that Appellee Shaun Rochelle Mohammed shall pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel